PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>              **vs.**    )<br>)<br>**JOSEPH EUGENE LACERO**  )<br>) | **Docket Number: 2:99CR00010-003** |

On June 16, 1999, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that supervised release be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:     February 25, 2008
            Sacramento, California
            GPS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                         **KYRIACOS M. SIMONIDIS**
                         **Supervising United States Probation Officer**

**Re:   Joseph Eugene LUCERO**
      **Docket Number:   2:99CR00010-003**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:   February 25, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office